**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

September 19, 2008

Marc S. Albert, Esq.
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

Rosemarie Biviano, Esq.
Weber Gallagher
33 Washington Street
Newark, NJ 07102

## LETTER ORDER

Re:   Markey, et al. v. Shelhigh, Inc., et al.
      Civil Action No. 07-5403 (JAG)

Dear Counsel:

A settlement conference is scheduled for **Thursday, October 23, 2008 at 10:00 a.m.** One week prior to the conference, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients with full settlement authority shall be present at the conference or available by telephone.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. Joseph A. Greenaway, Jr., U.S.D.J.
      File